# EXHIBIT A

## Case Information

21-CIV-00896 | SHARI ROSEMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED vs Facebook, Inc. A DELAWARE CORPORATION HEADQUARTER IN CALIFORNIA

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| 21-CIV-00896 | Civil Unlimited | Foiles, Robert D |
| **File Date** | **Case Type** | **Case Status** |
| 02/22/2021 | Complex Civil Unlimited Class Action | Active |

## Party

**Plaintiff**
SHARI ROSEMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**Active Attorneys** ▼
Lead Attorney
LURIE, JORDAN L.
Retained

**Defendant**
Facebook, Inc. A DELAWARE CORPORATION HEADQUARTER IN CALIFORNIA

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
| --- | --- | --- | --- | --- |
| 02/22/2021 | Complaint | Action | SHARI ROSEMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | Facebook, Inc. A DELAWARE CORPORATION HEADQUARTER IN CALIFORNIA |

## Events and Hearings

02/22/2021 New Filed Case

02/22/2021 Civil Case Cover Sheet ▼

Civil Case Cover Sheet

02/22/2021 Complaint ▼

Complaint

02/22/2021 Certificate Re: Complex Case Designation ▼

Certificate Re: Complex Case Designation

02/22/2021 Summons Issued / Filed ▼

Summons Issued / Filed

02/22/2021 Notice of Assignment for All Purposes ▼

Notice of Assignment for All Purposes

### 02/22/2021 Cause Of Action ▼

| Action | File Date |
|---|---|
| Complaint | 02/22/2021 |

### 03/01/2021 Order ▼

Order Order of Recusal

**Comment**
Order of Recusal

### 03/01/2021 Affidavit of Mailing ▼

Affidavit of Mailing Order of Recusal

**Comment**
Order of Recusal

### 03/02/2021 Proof of Service by PERSONAL SERVICE of ▼

Proof of Service by PERSONAL SERVICE of SUMMONS/COMPLAINT IS QUESTIONABLE, NAME OF PARTY SERVED MUST

**Comment**
SUMMONS/COMPLAINT IS QUESTIONABLE, NAME OF PARTY SERVED MUST MATCH COMPLAINT EXACTLY

### 03/09/2021 Notice of Reassignment for All Purposes ▼

Notice of Reassignment for All Purposes

### 03/09/2021 Proof of Service by PERSONAL SERVICE of ▼

Proof of Service by PERSONAL SERVICE of SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET served on KOY SAE

**Comment**
SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET served on KOY SAECHAO, AGENT FOR SERVICE

### 05/25/2021 Case Management and Trial Setting Conference ▼

Judicial Officer
Weiner, Marie S.

Hearing Time
9:00 AM

Cancel Reason
Recusal

06/07/2021 Case Management and Trial Setting Conference ▼

Judicial Officer
Foiles, Robert D

Hearing Time
9:00 AM

## Financial

SHARI ROSEMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $1,435.00 |
| Total Payments and Credits | | | | $1,435.00 |
| 2/22/2021 | Transaction Assessment | | | $1,435.00 |
| 2/22/2021 | eFile Online Payment | Receipt # 2021-007176-HOJ | Rosenman, Shari | ($1,435.00) |

## Documents

Civil Case Cover Sheet

Complaint

Certificate Re: Complex Case Designation

Summons Issued / Filed

Notice of Assignment for All Purposes

Affidavit of Mailing Order of Recusal

Order Order of Recusal

Proof of Service by PERSONAL SERVICE of SUMMONS/COMPLAINT IS QUESTIONABLE, NAME OF PARTY SERVED MUST

Notice of Reassignment for All Purposes

Proof of Service by PERSONAL SERVICE of SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET served on KOY SAE